**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 22-6647**

———————————

JESSIE TRAYLOR,

       Petitioner - Appellant,

       v.

STEVIE KNIGHT, Warden; MELISSA FORSYTH, Camp Administrator,

       Respondents - Appellees.

———————————

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  Bruce H. Hendricks, District Judge.  (0:21-cv-00150-BHH)

———————————

Submitted:  December 16, 2022                      Decided:  January 23, 2023

———————————

Before QUATTLEBAUM and HEYTENS, Circuit Judges, and KEENAN, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Jessie Traylor, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jessie Traylor, a federal prisoner, appeals the district court's orders accepting the recommendation of the magistrate judge and denying relief on Traylor's 28 U.S.C. § 2241 petition in which Traylor sought to challenge his sentence by way of the savings clause in 28 U.S.C. § 2255, and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*